IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Dameon Commander, | ) | C.A. No. 6:09-1686-TLW-WMC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| S.C. Department of Transportation; Tony Ford, Driver for D.O.T.; S.C. Department of Corrections; Jon Ozmint, Director, South Carolina Department of Corrections, | ) | |
| Defendants. | ) | |

The *pro se* plaintiff filed this action pursuant to Title 42, United States Code, Section 1983 in June, 2009. (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge William M. Catoe, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 46). In his Report, Magistrate Judge Catoe recommends that defendant Ford's supplemental motion to dismiss (Doc. # 43) be granted, and the original motion to dismiss (Doc. # 39) be rendered moot. No objections to the Report have been filed.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

1

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 57), defendant Ford's supplemental motion to dismiss (Doc. # 43) is **GRANTED**, and the original motion to dismiss (Doc. # 39) is rendered **MOOT**.

**IT IS SO ORDERED.**

  s/ Terry L. Wooten
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

January 12, 2010
Florence, South Carolina